1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10
11   UNITED STATES OF AMERICA,        )     Case No.: ED23MJ00363-DUTY
                                      )
             Plaintiff,               )     ORDER OF DETENTION PENDING
12                                    )     FURTHER REVOCATION
             v.                       )     PROCEEDINGS
13                                    )     (FED. R. CRIM. P. 32.1(a)(6); 18
14   Angelina Francisca Urbano,       )     U.S.C. § 3143(a)(1))
                                      )
             Defendant.               )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the __Southern__ District of

18   __California__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (×)    The defendant has not met his/her burden of establishing by clear and

23              convincing evidence that he/she is not likely to flee if released under 18

24              U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (×)    information in the Pretrial Services Report and Recommendation

26              (×)    information in the violation petition and report(s)

27              (×)    the defendant's nonobjection to detention at this time

28              ( )    other: _____

                                          1

1    and/ or

2  B. (×)    The defendant has not met his/her burden of establishing by clear and

3           convincing evidence that he/she is not likely to pose a danger to the safety

4           of any other person or the community if released under 18 U.S.C.

5           § 3142(b) or (c).  This finding is based on the following:

6           (×)    information in the Pretrial Services Report and Recommendation

7           (×)    information in the violation petition and report(s)

8           (×)    the defendant's nonobjection to detention at this time

9           (  )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: 07/26/2023

15           _____
            SHASHI H. KEWALRAMANI
            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28